■ In the Matter of FRANK CHEVROLET CORP., Appellant, v. SAM MEYERS, as President of Local 259, United Automobile Workers, AFL–CIO, Respondent. — Motion by appellant for a stay, pending appeal, granted on condition that appellant perfect the appeal and be ready to argue or submit it on April 6, 1962; appeal ordered on the calendar for said day. On the court's own motion, the appeal will be heard on the original papers and on appellant's and respondent's typewritten briefs, which shall include a copy of the opinion, if any, of the court below. The appellant and respondent are directed to file six copies of their typewritten briefs and to serve one copy on each other. Appellant's brief must be served and filed on or before March 26, 1962. Beldock, P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.

■ In the Matter of ANGELO J. PALIOTTO, Respondent, v. ARTHUR G. DICKERSON, as Chief Building and Zoning Inspector of the Town of Islip, Appellant.— Motion by respondent to dismiss appeal from order dated October 30, 1961, denied with leave to renew on the argument of the appeal. The appeal is ordered on the calendar for April 6, 1962; the record and appellant's brief must be served and filed on or before March 26, 1962; and said appeal is directed to be heard together with the pending appeal from the original order. The latter appeal is ordered on the calendar for the same date. Beldock, P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.

## (March 19, 1962)

■ IRVING C. GERSTEIN, Respondent, v. GILBERT PLASTICS INC., Appellant. — Motion to dismiss appeal granted (see *Gerstein* v. *Gilbert Plastics, Inc.,* 15 A. D. 2d 940). Beldock, P. J., Ughetta, Kleinfeld, Christ and Hopkins, JJ., concur.

■ EMPIRE STATE DEVELOPMENT CO., INC., Respondent, v. JUSTINE L. LAMBERT, Appellant.— Motion by respondent to amend the decision of this court dated December 11, 1961 (*ante,* p. 511), determining the appeal, and the decision of this court dated December 20, 1961 (*ante,* p. 541), granting leave to respondent to appeal to the Court of Appeals. Motion granted. The decision of December 11, 1961, is amended by striking out the third paragraph and by substituting therefor the following: "Final judgment reversed *on the law,* without costs; plaintiff's motion to confirm the sale and the Referee's report of sale, denied; defendant's cross motion to vacate the sale granted; sale vacated; and action remitted to the Special Term for proceedings not inconsistent herewith. *The findings of fact are affirmed.*" The decision of December 20, 1961 is amended by striking out the last paragraph and substituting the following: " The following question is certified: Was the order of this court dated December 11, 1961, properly made *as a matter of law, and not in the exercise of discretion*?" Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.